UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2020

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Bybee, Karleigh | Docket No. | 0980 1:19CR02058-SMJ-5 |

**Petition for No Action on Conditions of Pretrial Release**

    COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Karleigh Bybee, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 22nd day of January 2020, under the following conditions:

**Special Condition #4**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Ms. Bybee is alleged being in violation of her pretrial release conditions by failing to comply with her intensive outpatient substance abuse treatment program on or about May 13, 2020.

Conditions of pretrial release were reviewed and signed by Ms. Bybee on March 2, 2020, acknowledging an understanding of her pretrial release conditions including special condition number 4.

On May 13, 2020, this officer received a report via email from Barth and Associates (Barth) stating that the defendant's file was closed due to the defendant not attending her regularly scheduled groups. The letter noted that it appears the defendant is unable or unwilling to participate in intensive outpatient treatment at this time. If the defendant's circumstances in the future change, Barth remains willing to work with her.

On May 15, 2020, Ms. Bybee contacted Barth and scheduled an individual session with her counselor on May 18, 2020.

On May 18, 2020, Ms. Bybee attended the appointment with her counselor and committed to re-engage with her intensive outpatient treatment program at Barth via telehealth.

On May 19, 2020, this officer contacted Barth and verified that Ms. Bybee attended her intensive outpatient group and has resumed her treatment plan.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   May 19, 2020 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

05/20/2020
Date