# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Bybee, Karleigh | Docket No. | 0980 1:19CR02058-SMJ-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Karleigh Bybee, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 22nd day of January 2020, under the following conditions:

Special condition #4: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Bybee is considered in violation of her pretrial release conditions by failing to undergo recommended substance abuse treatment by being terminated from counseling services at Merit Resource Services (Merit) on July 13, 2021.

Conditions of release were reviewed and signed by Ms. Bybee on March 2, 2020, acknowledging an understanding of her pretrial release conditions, including special condition number 4.

On July 16, 2021, this officer received notification that a decision was made by Merit staff to terminate Ms. Bybee for failing to attend her outpatient substance abuse treatment groups during 2 consecutive weeks.

On July 16, 2021, this officer met with Ms. Bybee to discuss her treatment status. Ms. Bybee stated she was in a bad state of mind due to the accumulating problems in her life, such as her vehicle breaking down, visits with her children being difficult due the children's father undermining her role as a parent, and having relationship issues with her significant other. Ms. Bybee stated to have missed her two groups on consecutive weeks and did not want to return to Merit. She stated she requested mental health counseling services at Merit, but she was never enrolled in the mental health program.

Ms. Bybee stated that she would like to seek services at Comprehensive Healthcare (Comprehensive) in Sunnyside to address her mental health concerns. This officer informed Ms. Bybee she could have handled this situation differently without being in noncompliance with her treatment plan. To her credit, she has maintained compliance with random color line urinalysis testing at Merit.

On August 3, 2021, Ms. Bybee initiated the intake process by completing the required paperwork at Comprehensive to enroll in their dual diagnosis counseling program to address her substance abuse and mental heath counseling needs.

On August 10, 2021, Ms. Bybee attended her first mental health counseling appointment. Her primary counselor was unavailable and she will be contacted with a date to begin her mental health counseling program. Mr. Bybee was given an appointment for August 12, 2021, to complete her admission into Comprehensive's substance abuse counseling program. This information was verified by this officer with Comprehensive staff.

On August 12, 2021, Ms. Bybee attended her substance abuse counseling appointment at Comprehensive. She is set to begin outpatient treatment services.

At this time, Ms. Bybee has taken corrective action to regain compliance with her release conditions.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 12, 2021 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*M. K. Dimke*

Signature of Judicial Officer

8/12/2021

Date